## (November 13, 1961)

Dominick Fanelli et al, Doing Business as F and M General Contractors, Respondents, v. John Cirillo, Appellant.— On the court's own motion, appellant may also dispense with the printing of Plaintiffs' Exhibits 1 and 2, on condition that he shall submit two photostatic copies of such exhibits on the argument of the appeal and that he shall serve upon respondents (together with the appeal record) one copy of such exhibits. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

Martin Goldstein et al., Appellants, v. Norman Sawyer, Respondent.— Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

Christina Holzer et al., Appellants, v. Abraham Zelenitz, Respondent.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of Linda Abshire, Appellant, v. William Van Helden, Respondent.— Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

In the Matter of Carol Davis, Appellant, v. Walter Davis, Respondent.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of Edward S. Silver, as District Attorney of the County of Kings, Petitioner, v. Joseph Fallek, an Attorney, Respondent.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

Long Island Trust Company, Respondent, v. Blue Point Realty Corp., et al., Appellants, et al., Defendants.— Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur; Christ, J., not voting.